**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 13-cv-00700-RBJ

GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,

    Plaintiff,

v.

MICHAEL J. SCHMIT;
MARIANNE MCCUE;
JESSICA CHRISP, as parent and next friend of LOGAN SCHMIT; and
REBEKAH MAY, as parent and next friend of TRINITY MAY SCHMIT;

    Defendants.

_____

**ORDER RE: GUARDIAN'S MOTION TO INTERPLEAD FUNDS**
_____

This matter, having come before the Court on Plaintiff Guardian Life Insurance Company of America's ("Guardian") Motion to Interplead Funds, and this Court, being full advised in the premises thereof, does hereby ORDER that:

- Guardian shall be permitted to interplead funds in the amount of $20,258.90, to the Court's registry.

DATED this 22nd day of March, 2013.

                BY THE COURT:

                _____
                United States District Court Judge